PROB 12C
(6/16)

Report Date: December 14, 2016

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 15, 2016

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Efrain Barajas-Pulido | Case Number: 0980 1:15CR02004-SAB-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: May 13, 2015

| | | |
|---|---|---|
| Original Offense: | Alien in United States After Deportation, 18 U.S.C. § 1326 and (b)(2) | |
| Original Sentence: | Prison - 10 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Benjamin J. Seal | Date Supervision Commenced: October 19, 2015 |
| Defense Attorney: | Alison Guernsey | Date Supervision Expires: October 18, 2018 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 14**: The defendant is prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should the defendant reenter the United States, the defendant is required to report to the probation office within 72 hours of reentry. |

**Supporting Evidence**: On December 12, 2016, Mr. Barajas-Pulido entered the United States at Calexico West Port of Entry in Calexico, California, and was detained by United States Customs and Border Protection.

On December 12, 2016, Mr. Barajas-Pulido arrived at the Calexico West Port of Entry in Calexico, California.  He advised a United States Customs and Border Patrol (CBP) officer that he was requesting asylum.  CBP officers conducted a records check on Mr. Barajas-Pulido and discovered he had serval deportations and removals from the United States and he was on probation with the United States Probation Office.

CBP officer's asked Mr. Barajas-Pulido if he knew he was on probation and could not re-enter the United States without a pardon and he stated, yes.  He also stated to CBP officer's he was requesting asylum because he did not have a place to reside in Mexico. A CBP officer stated new no charges will be filed due to the asylum request.

Prob12C
**Re: Barajas-Pulido, Efrain**
**December 14, 2016**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   s/Jonathan G. Barcom

December 14, 2016

Jonathan G Barcom
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[XX]  The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

12/15/2016

Date